

# Fourth Court of Appeals
## San Antonio, Texas

July 31, 2020

No. 04-20-00216-CV

**IN THE INTEREST OF A.F., J.J.L., AND J.A.R.,** Children,

From the 73rd Judicial District Court, Bexar County, Texas
Trial Court No. 2018-PA-02310
Honorable Charles E. Montemayor, Judge Presiding

## O R D E R

This is an accelerated appeal of the order terminating the parental rights of appellants M.F. and L.R. to their children. On October 9, 2018, the trial court appointed Debra Parker as counsel for M.F. and Shey Davis as counsel for L.R. Appellants' briefs were due to be filed on May 27, 2020. *See* TEX. R. APP. P. 38.6(a). To date, appellants have not filed their briefs or motions for extensions of time to file their briefs.[1]

Because "involuntary termination of parental rights involves fundamental constitutional rights," *Holick v. Smith*, 685 S.W.2d 18, 20 (Tex. 1985) (internal quotation marks omitted); *accord In re J.F.C.*, 96 S.W.3d 256, 302 (Tex. 2002), we look to the abandonment procedures for criminal cases for guidance in this circumstance. *See, e.g.*, TEX. R. APP. P. 38.8(b); *see also* TEX. FAM. CODE ANN. § 107.013 (West 2014) (requiring the trial court to appoint counsel to represent an indigent parent in a parental termination case); *In re K.S.M.*, 61 S.W.3d 632, 633 (Tex. App.—Tyler 2001, no pet.) ("Like indigent criminal appellants, indigent appellants challenging an order terminating their parental rights enjoy a right to counsel on appeal.").

It is therefore ORDERED that M.F.'s appointed counsel, Debra Parker, and L.R.'s appointed counsel, Shey Davis, must respond to this court in writing no later than **August 7, 2020**. The response should state a reasonable explanation for failing to timely file M.F.'s and L.R.'s briefs, respectively. It is further ORDERED that Debra Parker and Shey Davis must file M.F.'s and L.R.'s briefs, respectively, no later than **August 10, 2020. If Debra Parker or Shey Davis fail to file a brief by such date, this appeal will be abated to the trial court for a hearing to determine if new counsel should be appointed and to consider whether sanctions for failing to timely file a brief should be imposed on any counsel who fails to file a brief by August 10, 2020.**

---

[1] Due to a ransomware attack on May 8, 2020, the court's network was disabled. As of July 22, 2020, the court's network is fully operational. All case filings are up to date, and any future filings accepted by the court should be reflected on the court's website within twenty-four hours.

_____
Rebeca C. Martinez, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 31st day of July, 2020.

_____
MICHAEL A. CRUZ, Clerk of Court